```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17608
   JOSEPH P SPICKA
   JENNIFER N HALL SPICKA                       CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3338     SSN XXX-XX-6127


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/26/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG        .00            .00            .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE   19846.00            .00            .00
AMERICREDIT FINANCIAL SV SECURED VEHIC   11848.00         166.57        1576.43
CITY OF CHICAGO WATER DE SECURED           500.00            .00          90.00
ACC INTERNATIONAL        UNSECURED       NOT FILED           .00            .00
CAPITAL ONE              UNSECURED        1075.94            .00            .00
CAPITAL ONE              UNSECURED        1055.08            .00            .00
CAPITAL ONE              UNSECURED         952.10            .00            .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED           .00            .00
KASPER HEATON            UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED        1491.34            .00            .00
VYRIDIAN REVENUE MANAGEM UNSECURED       NOT FILED           .00            .00
DUPAGE MEDICAL GROUP     UNSECURED       NOT FILED           .00            .00
DUPAGE MEDICAL GROUP     UNSECURED       NOT FILED           .00            .00
METROPOLITAN ADVANCED RA UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        1449.81            .00            .00
VERIZON WIRELESS         UNSECURED         317.10            .00            .00
AMERICREDIT FINANCIAL SV UNSECURED         508.64            .00            .00
CITY OF CHICAGO WATER DE SECURED NOT I        .00            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,184.00                      1,897.72
TOM VAUGHN               TRUSTEE                                          301.28
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 4,032.00

PRIORITY                                           .00
SECURED                                       1,666.43
    INTEREST                                    166.57

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 17608 JOSEPH P SPICKA & JENNIFER N HALL SPICKA
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,897.72
TRUSTEE COMPENSATION                                             301.28
DEBTOR REFUND                                                       .00
                                    ----------------    ----------------
TOTALS                                      4,032.00            4,032.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 10/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```